# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MARLON WILLIAMS**                                                                     **PETITIONER**

**VS.**                         **CASE NO. 5:11CV00026 SWW**

**RAY HOBBS, Director of the**
**Arkansas Department of Correction**                                       **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 26th day of July, 2011.

                                          /s/Susan Webber Wright

                                          UNITED STATES DISTRICT JUDGE